# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0249, <u>Scott McCarthy & a. v. Jeanne Ludden Civiello & a.</u>, the court on June 27, 2024, issued the following order:**

The motion of plaintiff Scott N. McCarthy for late entry of the signature page of his brief is granted. The court has reviewed the written arguments and the record submitted on appeal and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). Plaintiff Scott N. McCarthy appeals an order of the Superior Court (<u>Schulman</u>, J.), following a hearing, denying his motion to strike his default, dismissing his claims with prejudice, and granting final judgment in favor of defendant Jeanne Ludden Civiello on her counterclaim. We construe the plaintiff's brief to be challenging the trial court's rejection of his "fraud on the court" claim and its calculation of damages on the counterclaim. Based upon our review of the briefs, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decision, we find the plaintiff's arguments unpersuasive, and uphold the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**